**BUCHALTER**
A Professional Corporation
C. DANA HOBART (SBN: 125139)
MATTHEW T. DRENAN (SBN: 302477)
BRIAN SHAW (SBN: 311613)
DANIEL C. SILVA (SBN: 264632)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:  dhobart@buchalter.com
Email:  mdrenan@buchalter.com
Email:  bshaw@buchalter.com
Email:  dsilva@buchalter.com

Attorneys for Plaintiff
VIZIO, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEDICATED LOGISTICS, LLC; DEDICATED LOGISTICS SERVICES, LLC; TOTAL LOGISTICS I, LLC; AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No. 8:23-cv-00519-HDV-JDEx <br><br> **NOTICE OF SETTLEMENT** |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 80765544v1

1

Case No.: 8:23-cv-00519 HDV (JDEx)
**NOTICE OF SETTLEMENT**

TO: THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that the Parties, Plaintiff, Vizio, Inc., on the one hand, and Defendants, Dedicated Logistics, LLC, Dedicated Logistics Services, LLC, and Total Logistics I, LLC, have reached a settlement in principle in the pending matter. The Parties anticipate that all conditions of the settlement will be complete within 30-days, and Plaintiff will submit a voluntary dismissal under Fed. R. Civ. P. 41.

DATED: January 31, 2024

**BUCHALTER**
A Professional Corporation

By:  */s/ Matthew T. Drenan*
C. DANA HOBART
MATTHEW T. DRENAN
BRIAN SHAW
DANIEL C. SILVA
Attorneys for Plaintiff VIZIO, INC.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 80765544v1

2

Case No.: 8:23-cv-00519 HDV (JDEx)

NOTICE OF SETTLEMENT